No. 02–6514. SHAIVITZ v. SHAIVITZ. Ct. Sp. App. Md. Certiorari denied.

No. 02–6521. MAXWELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–6529. BURNS v. CITY OF APPLE VALLEY, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6532. CHARRON v. GLASS ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6535. DAVIS v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 02–6537. CLARK v. ALEMEDA, DIRECTOR, CENTINELA STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 02–6539. PLOUSHA v. H & H SHIPPING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6547. DENNIS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–6553. DENNY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–6554. MCCANN v. CITY OF PERKIN, ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 02–6556. ARAGON v. TAFOYA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–6560. KARLS v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. Ct. App. Wis. Certiorari denied.

No. 02–6562. HALL v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6564. HOWARD v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.